[No. 71313-2-I.   Division One.   March 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MARLON ROBERTO ALDRIDGE, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated May 11, 2015. Substitute opinion filed. See 187 Wn. App. 1026.

[No. 71662-0-I.   Division One.   March 16, 2015.]

JANET G. HUSTED, *as Personal Representative*, ET AL., *Appellants*, v. THE STATE OF WASHINGTON, *Respondent*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated May 11, 2015. Substitute opinion filed. Now published at 187 Wn. App. 579.

[No. 72144-5-I.   Division One.   March 16, 2015.]

*In the Matter of the Dependency of* S.T.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. DIVINA TANGALAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-7-11712-4, Hollis R. Hill, J., entered June 3, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Becker, J.